Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
CITY OF VACAVILLE, CHIEF RICHARD WORD, OFFICER KINGI and OFFICER VALK

Michael Haddad, State Bar No. 189114
Julia Sherwin, State Bar No. 189268
Genevieve K. Guertin, State Bar No. 262479
T. Kennedy Helm, State Bar No. 282319
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs
LESLIE MOLERA, D.W. and WILLIAM WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MOLERA, Individually, WILLIAM WALKER, Individually, and D. W., a minor, through his mother and Next Friend Luana Silva, Individually and as Successor in Interest for Decedent KENDALL WALKER,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF VACAVILLE, a public entity; CITY OF VACAVILLE POLICE CHIEF RICHARD WORD, in his individual and official capacities; OFFICER KENJI, OFFICER VALK, and DOES 1 through 20, individually, jointly and severally,<br><br>    Defendants. | Case No. 2:14-CV-00782-MCE-AC<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER** |

1

1  The parties in the above-captioned case, by and through their counsel of record, hereby represent
2  to the Court as follows:
3  On April 29, 2014, Plaintiffs filed their First Amended Complaint in the above captioned action,
4  and Defendants CITY OF VACAVILLE, CHIEF RICHARD WORD, OFFICER KINGI and OFFICER
5  VALK's last day to file a responsive pleading to the First Amended Complaint is currently May 13,
6  2014,
7  In order to avoid unnecessary motion practice, the parties have agreed to meet and confer
8  regarding defendants' contention that certain causes of action alleged by plaintiffs fail to state a claim.
9  The parties hereby stipulate to a thirty (30) day extension of time for defendants to file a
10  responsive pleading, through and including June 12, 2014.

Dated: May 14, 2014                        BERTRAND, FOX & ELLIOT

                                           By:  s/ *Richard W. Osman*
                                                Richard W. Osman
                                                Attorneys for Defendants
                                                CITY OF VACAVILLE, CHIEF RICHARD
                                                WORD, OFFICER KINGI and OFFICER VALK

Dated: May 14, 2014                        HADDAD & SHERWIN

                                           By:  s/ *Michael Haddad*
                                                Michael Haddad
                                                Attorneys for Plaintiffs
                                                LESLIE MOLERA, D.W.
                                                and WILLIAM WALKER

///
///
///
///
///
///
///
///

# ORDER

Upon the foregoing Stipulation, and for good cause shown, that the time for Defendants CITY OF VACAVILLE, CHIEF RICHARD WORD, OFFICER KINGI, and OFFICER VALK to respond to the First Amended Complaint shall be extended to June 12, 2014.

IT IS SO ORDERED.

Dated:  May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT