1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN  (State Bar No. 189268)
2  GENEVIEVE K. GUERTIN (State Bar No. 262479)
   T. KENNEDY HELM (State Bar No. 282319)
3  HADDAD & SHERWIN
   505 Seventeenth Street
4  Oakland, California  94612
   Telephone: (510) 452-5500
5  Facsimile:  (510) 452-5510
6
   Attorneys for Plaintiffs
7  LESLIE MOLERA, D.W., and WILLIAM WALKER
8
   THOMAS F. BERTRAND (State Bar No. 056560)
9  RICHARD W. OSMAN (State Bar No. 167993)
   BERTRAND, FOX & ELLIOT
10 2749 Hyde Street
   San Francisco, California 94109
11 Telephone: (415) 353-0999
   Facsimile: (415) 353-0990
12
13 Attorneys for Defendants
   CITY OF VACAVILLE, CHIEF RICHARD
14 WORD, OFFICER KINGI and OFFICER VALK
15
16                **UNITED STATES DISTRICT COURT**
17                **EASTERN DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| LESLIE MOLERA, D. W., a minor, through his Mother and Next Friend, LUANA SILVA, and WILLIAM WALKER, all Individually and with D.W. as Successor in Interest of Decedent KENDALL WALKER, | No: 2:14-CV-00782-MCE-AC |
| | Hon.  Morrison C. England, Jr. |
| Plaintiffs, vs. | **STIPULATION AND ORDER TO MODIFY ORDER REQUIRING JOINT STATUS REPORT** |
| CITY OF VACAVILLE, a public entity; CITY OF VACAVILLE POLICE CHIEF RICHARD WORD, in his individual and official capacities; OFFICER KENJI, OFFICER VALK, and DOES 1 through 20, individually, jointly and severally, | |
| Defendants. | |

No:  2:14-CV-00782-MCE-AC - STIPULATION AND ORDER TO MODIFY ORDER REQUIRING JOINT STATUS REPORT                                                                                          1

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, THAT the Order Requiring Joint Status Report be modified as follows:

On March 26, 2014, Plaintiffs filed their Complaint in the above-captioned action (Doc. No. 1). Defendant CITY OF VACAVILLE was served with the Complaint, Summons, Civil Cover Sheet and Order Requiring Joint Status Report on April 2, 2014. On April 29, 2014, Plaintiffs filed their First Amended Complaint (Doc. No. 4) and Defendants CITY OF VACAVILLE, CHIEF RICHARD WORD, OFFICER KINGI and OFFICER VALK's last day to file a responsive pleading was extended to June 2014 by stipulation and order (Doc. No. 8).

In order to avoid unnecessary motion practice, the parties diligently and extensively met and conferred regarding Defendants' contentions that certain causes of action as filed by Plaintiffs failed to state a claim. These efforts included the exchange of written correspondence detailing these contentions, as well as a June 10, 2014 telephone conference in which counsel for the parties agreed that it would make sense for Plaintiffs to file a Second Amended Complaint modifying claims to the extent that the parties can reach agreement, and naming additional Defendants. On June 11, 2014, the parties stipulated and requested that this Court permit Plaintiffs to file a Second Amended Complaint on or before July 3, 2014 (Doc. No. 9).

While engaged in the above-described meet and confer efforts, the filing of the First Amended Complaint and the preparation of the Second Amended Complaint, the parties inadvertently missed the deadline to confer pursuant to Fed. R. Civ. p. 26(f), and to prepare and submit to the Court a Joint Status Report, as set by the Court's Order Requiring Joint Status Report (Doc. No. 3). Upon discovering this error on June 23, 2014, the parties immediately scheduled a Rule 26(f) conference for July 1, 2014.

The parties now stipulate and respectfully request that this Court modify the Order Requiring Joint Status Report and grant the parties an extension of time to complete their Rule 26(f) conference and to submit the Joint Status Report in this matter.  Specifically, the parties request that this Court continue the current deadline of May 30, 2014 and permit the parties to confer pursuant to Rule 26(f) by **July 1, 2014** and to submit to the Court a Joint Status Report by **July 15, 2014**.

SO STIPULATED:

DATED:  June 23, 2014                              HADDAD & SHERWIN

/s/ *Genevieve K. Guertin**
GENEVIEVE K. GUERTIN
Attorneys for Plaintiffs LESLIE MOLERA,
D.W. and WILLIAM WALKER

DATED:  June 23, 2014                              BERTRAND, FOX & ELLIOT

/s/  *Richard W. Osman **
RICHARD W. OSMAN
Attorneys for Defendants CITY OF VACAVILLE,
CHIEF RICHARD WORD, OFFICER KINGI and
OFFICER VALK

*Ms. Guertin and Mr. Osman provided their consent that this document be electronically filed.

**ORDER**

Pursuant to stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated:  June 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

No:  2:14-CV-00782-MCE-AC - STIPULATION AND ORDER TO MODIFY ORDER REQUIRING JOINT STATUS REPORT                                                                                                                3