Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
CITY OF VACAVILLE, CHIEF RICHARD
WORD, OFFICER KINGI and OFFICER VALK

Michael Haddad, State Bar No. 189114
Julia Sherwin, State Bar No. 189268
Genevieve K. Guertin, State Bar No. 262479
T. Kennedy Helm, State Bar No. 282319
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs
LESLIE MOLERA, D.W. and WILLIAM WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MOLERA, Individually, WILLIAM WALKER, Individually, and D. W., a minor, through his mother and Next Friend Luana Silva, Individually and as Successor in Interest for Decedent KENDALL WALKER,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF VACAVILLE, a public entity; CITY OF VACAVILLE POLICE CHIEF RICHARD WORD, in his individual and official capacities; OFFICER KENJI, OFFICER VALK, and DOES 1 through 20, individually, jointly and severally,<br><br>    Defendants. | Case No. 2:14-CV-00782-MCE-AC<br><br>**STIPULATED REQUEST TO PERMIT FILING OF SECOND AMENDED COMPLAINT; ORDER** |

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

On April 29, 2014, Plaintiffs filed their First Amended Complaint in the above captioned action, and Defendants CITY OF VACAVILLE, CHIEF RICHARD WORD, OFFICER KINGI and OFFICER VALK's last day to file a responsive pleading to the First Amended Complaint was extended to June 12, 2014 by stipulation and order,

In order to avoid unnecessary motion practice, the parties agreed to meet and confer regarding defendants' contention that certain causes of action alleged by plaintiffs fail to state a claim,

In furtherance of the parties' agreement, defense counsel forwarded correspondence to plaintiffs' counsel, detailing defendants' contentions regarding the first amended complaint,

Also, on June 6, 2014, although discovery has not yet commenced, defendants informally produced to plaintiffs the investigative file in this matter so plaintiff could ascertain the names of additional officers plaintiffs believe should be named as defendants in this matter,

On June 10, 2014, the parties further met and conferred by telephone to discuss the claims made in the first amended complaint and counsel agreed that it makes sense for plaintiffs to file a second amended complaint, containing the names of any additional defendants and modifying claims to the extent the parties can reach agreement in this regard,

The parties therefore stipulate and request that this court permit plaintiffs to file a second amended complaint on or before July 3, 2014.

Dated:  June 11, 2014                               BERTRAND, FOX & ELLIOT

                                                 By:   s/ *Richard W. Osman*
                                                  Richard W. Osman
                                                  Attorneys for Defendants
                                                  CITY OF VACAVILLE, CHIEF RICHARD
                                                  WORD, OFFICER KINGI and OFFICER VALK

1 | Dated: June 11, 2014            HADDAD & SHERWIN

                              By:  s/ *Michael Haddad*
                                     Michael Haddad
                                     Attorneys for Plaintiffs
                                     LESLIE MOLERA, D.W.
                                     and WILLIAM WALKER

## **ORDER**

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that Plaintiffs file a second amended complaint on or before July 3, 2014.

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT