Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants
CITY OF VACAVILLE, CHIEF RICHARD WORD, OFFICER KINGI, OFFICER VALK, SERGEANT WILLIAMS and OFFICER TORRES

Michael Haddad, State Bar No. 189114
Julia Sherwin, State Bar No. 189268
Genevieve K. Guertin, State Bar No. 262479
T. Kennedy Helm, State Bar No. 282319
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs
LESLIE MOLERA, D.W. and WILLIAM WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MOLERA, Individually, WILLIAM WALKER, Individually, and D. W., a minor, through his mother and Next Friend Luana Silva, Individually and as Successor in Interest for Decedent KENDALL WALKER,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF VACAVILLE, a public entity; CITY OF VACAVILLE POLICE CHIEF RICHARD WORD, in his individual and official capacities; OFFICER KENJI, OFFICER VALK, and DOES 1 through 20, individually, jointly and severally,<br><br>    Defendants. | Case No. 2:14-CV-00782-MCE-AC<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT; ORDER** |

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

On July 2, 2014, Plaintiffs filed their Second Amended Complaint in the above captioned action, and Defendants CITY OF VACAVILLE, CHIEF RICHARD WORD, OFFICER KINGI and OFFICER VALK's last day to file a responsive pleading currently is July 16, 2014,

The Second Amended Complaint adds Officers TORRES and LOPEZ and SERGEANT WILLIAMS as additional defendants,

Plaintiffs' counsel forwarded waivers of service of summons to defense counsel for the three new individual defendants on July 2, 2014,

To date, Officer TORRES and SERGEANT WILLIAMS have executed and returned the waivers,

Defense counsel anticipates receiving the waiver from Officer LOPEZ in the near term,

Defendant WILLIAMS' responsive pleading in due September 10, 2014, Officer TORRES' responsive pleading is due September 15, 2014 and Officer LOPEZ' responsive pleading will be due 60 days after she executes the waiver,

Defendants have agreed not to file a motion to dismiss the Second Amended Complaint and instead will file and Answer thereto,

The parties have agreed to extend by two weeks the current July 16, 2014 deadline for the CITY, CHIEF WARD, OFFICER KINGI and OFFICER VALK to file an answer to the Second Amended Complaint so an answer can be filed on behalf of all defendants named in the Second Amended Complaint, including the recently-named individual defendants.

Therefore, the parties hereby stipulate to a fourteen (14) day extension of time for defendants to file an answer, through and including July 30, 2014.

Dated: July 16, 2014                         BERTRAND, FOX & ELLIOT

                                             By:  s/ *Richard W. Osman*
                                                  Richard W. Osman
                                                  Attorneys for Defendants
                                                  CITY OF VACAVILLE, CHIEF RICHARD
                                                  WORD, OFFICER KINGI, OFFICER VALK,
                                                  SERGEANT WILLIAMS and OFFICER TORRES

| | |
|---|---|
| Dated:  July 16, 2014 | HADDAD & SHERWIN |
| | By:   s/ *Michael Haddad* |
| | Michael Haddad |
| | Attorneys for Plaintiffs |
| | LESLIE MOLERA, D.W. |
| | and WILLIAM WALKER |

### ORDER

Upon the foregoing Stipulation, and for good cause shown, IT IS ORDERED that the time for Defendants to answer the Second Amended Complaint shall be extended to July 30, 2014.

IT IS SO ORDERED.

Dated:  July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT