MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiffs Leslie Molera, D.W., and William Walker

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE MOLERA, D. W., a minor, through his Mother and Next Friend, LUANA SILVA, and WILLIAM WALKER, all Individually and with D.W. as Successor in Interest of Decedent KENDALL WALKER,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CITY OF VACAVILLE, a public entity; CITY OF VACAVILLE POLICE CHIEF RICHARD WORD, in his individual and official capacities; OFFICER TOMI KINGI, OFFICER DANIEL VALK, SERGEANT PATRICK WILLIAMS, OFFICER DEBI LOPEZ, OFFICER DANIEL TORRES, and DOES 4 through 20, individually, jointly and severally,<br><br>　　　　　Defendants. | No:  2:14-CV-00782-MCE-AC<br><br>Hon.  Morrison C. England, Jr.<br><br>**STIPULATION AND** ~~**(PROPOSED)**~~ **ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

No:  2:14-CV-00782-MCE-AC: STIP. AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONF.

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, THAT the settlement conference currently scheduled before Magistrate Judge Carolyn K. Delaney on March 9, 2015 at 9:30 a.m. be rescheduled to Monday, May 18, 2015, at 9:30 a.m.

Good cause exists for this continuance: the parties have attended one private mediation session with Judge Raul Ramirez (Ret.) on December 16, 2014, and they will attend another private mediation session with Judge Ramirez on either April 9 or April 14, 2015.

The parties will submit confidential settlement-conference statements to Judge Delaney's chambers on or before Monday May 11, 2015 (one week before the conference).

SO STIPULATED:

Dated:  February 20, 2015          **HADDAD & SHERWIN LLP**

 /s/ Michael J. Haddac
MICHAEL J. HADDAD
Attorneys for Plaintiffs LESLIE MOLERA, D.W., a minor, through his Mother and Next Friend, LUANA SILVA, and WILLIAM WALKER

Dated:   February 20, 2015          **BERTRAND, FOX, ELLIOTT, OSMAN & WENZEL**

 /s/ Richard W. Osman*
RICHARD W. OSMAN
Attorneys for Defendants CITY OF VACAVILLE; CITY OF VACAVILLE POLICE CHIEF RICHARD WORD; OFFICERS TOMI KINGI, DANIEL VALK, DEBI LOPEZ, DANIEL TORRES and SERGEANT PATRICK WILLIAMS.

*Mr. Osman provided his consent that this document be electronically filed.

No:  2:14-CV-00782-MCE-AC: STIP. AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONF.    1

**(PROPOSED) ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The settlement conference scheduled for Monday, March 9, 2015 at 9:30 a.m. is continued to Monday May 18 at 9:30 a.m. The parties will submit confidential settlement-conference statements to Judge Delaney's chambers on or before Monday, May 11, 2015.

Dated:  February 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE