MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No.
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiffs LESLIE MOLERA,
WILLIAM WALKER, and D.W.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MOLERA, Individually, WILLIAM WALKER, Individually, and D. W., a minor, through his mother and Next Friend Luana Silva, Individually and as Successor in Interest for Decedent KENDALL WALKER.<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CITY OF VACAVILLE, a public entity; CITY OF VACAVILLE POLICE CHIEF RICHARD WORD, in his individual and official capacities; OFFICER TOMI KINGI, OFFICER DANIEL VALK, SERGEANT PATRICK WILLIAMS, OFFICER DEBI LOPEZ, OFFICER DANIEL TORRES, and DOES 4 through 20, individually, jointly and severally.<br><br>　　　　　Defendants. | No: 2:14-CV-00782-MCE-AC<br><br>Hon. Morrison C. England<br><br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT AND REQUEST TO VACATE SETTLEMENT CONFERENCE AND SCHEDULING ORDER DATES** |

No: 2:14-CV-00782-MCE-AC:  NOTICE OF SETTLEMENT                                    1

1  TO THE COURT AND ALL COUNSEL OF RECORD, PLEASE TAKE NOTICE:

2      The parties have agreed to settle this matter for a total of $1.3 million, subject to the

3  approval of the Court.  Plaintiffs shall file their motion to approve minor's compromise by May 5,

4  2015.  Plaintiffs and Defendants request that the Court vacate all dates in this matter, including the

5  settlement conference, all pretrial dates, and trial.

6

7

8  Dated:  May 1, 2015                                         HADDAD & SHERWIN LLP

9                                                                      /s/ Michael J. Haddad

10                                                                       Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28