MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No.
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiffs LESLIE MOLERA,
WILLIAM WALKER, and D.W.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MOLERA, Individually, WILLIAM WALKER, Individually, and D. W., a minor, through his mother and Next Friend Luana Silva, Individually and as Successor in Interest for Decedent KENDALL WALKER.<br><br>                    Plaintiffs,<br>vs.<br><br>CITY OF VACAVILLE, a public entity; CITY OF VACAVILLE POLICE CHIEF RICHARD WORD, in his individual and official capacities; OFFICER TOMI KINGI, OFFICER DANIEL VALK, SERGEANT PATRICK WILLIAMS, OFFICER DEBI LOPEZ, OFFICER DANIEL TORRES, and DOES 4 through 20, individually, jointly and severally.<br><br>                    Defendants. | No: 2:14-cv-00782-MCE-AC<br><br>Hon. Morrison C. England<br><br><br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE MINOR'S COMPROMISE** |

Good cause appearing, the Court hereby GRANTS Plaintiffs' unopposed Motion to Approve

Minor's Compromise, as follows:

   The Court finds the following structured settlement terms checked below, attached as the

indicated Exhibit to the Declaration of Julia Sherwin filed in support of Plaintiffs' unopposed

Motion to Approve Minor's Compromise, to be in the minor D.W.'s best interests:

No: 2:14-CV-00782-MCE-AC:  ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE MINORS' COMPROMISE        1

_____ Option 1, Sherwin Decl. Exhibit A

_____ Option 2, Sherwin Decl. Exhibit B

_____ Option 3, Sherwin Decl. Exhibit C

___X__ Option 4, Sherwin Decl. Exhibit D

Defendants, their agents, and assignees (hereinafter designated as "Payors") shall disburse the proceeds of D.W.'s settlement, with a present value of $650,000, as follows:

1. The sum total of $170,938.11 for D.W.'s attorneys' fees and costs shall be made payable to "Haddad & Sherwin LLP;"

2. The sum total of $477,000 shall be made payable to "Berkshire Hathaway Life Insurance Company of Nebraska" toward the funding of an annuity for D.W., in accordance with the terms set forth in Option _4__, Exhibit _D___ to the Declaration of Julia Sherwin filed with Plaintiffs' unopposed Motion to Approve Minor's Compromise;

3. The sum total of $2,061.89 for D.W.'s dental expenses, with all remaining funds not used to pay D.W.'s dental expenses to be deposited into a blocked bank account with a bank insured by the Federal Deposit Insurance Corporation (FDIC)— and all funds to be provided to D.W. after he reaches the age of 18— shall be made payable to "Haddad & Sherwin LLP Client Trust Account f/b/o Damien Walker";

4. Payors shall make the above payments within thirty (30) days of this Court's Order granting Plaintiffs' unopposed Motion to Approve Minor's Compromise.

IT IS SO ORDERED.

Dated: May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT