Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109

Attorneys for Defendants
CITY OF VACAVILLE, CHIEF RICHARD WORD, OFFICER KINGI, OFFICER VALK, SERGEANT WILLIAMS, OFFICER LOPEZ and OFFICER TORRES

Michael Haddad, State Bar No. 189114
Julia Sherwin, State Bar No. 189268
Genevieve K. Guertin, State Bar No. 262479
T. Kennedy Helm, State Bar No. 282319
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612

Attorneys for Plaintiffs
LESLIE MOLERA, D.W., a minor,
through his Mother and Next Friend,
LUANA SILVA, and WILLIAM WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MOLERA, Individually, WILLIAM WALKER, Individually, and D. W., a minor, through his mother and Next Friend Luana Silva, Individually and as Successor in Interest for Decedent KENDALL WALKER,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF VACAVILLE, a public entity; CITY OF VACAVILLE POLICE CHIEF RICHARD WORD, in his individual and official capacities; OFFICER TOMI KENJI, OFFICER DANIEL VALK, SERGEANT PATRICK WILLIAMS, OFFICER DEBI LOPEZ, OFFICER DANIEL TORRES and DOES 4 through 20, individually, jointly and severally,<br><br>    Defendants. | Case No. 2:14-CV-00782-MCE-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that pursuant to the settlement between the parties in this matter, the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each side to bear its/his/her own fees and costs.

**IT IS SO STIPULATED.**

Dated: June 9, 2015                                  BERTRAND, FOX, ELLIOT,
                                                     OSMAN & WENZEL

                                           By:   s/ *Richard W. Osman*
                                                  Richard W. Osman
                                                  Attorneys for Defendants
                                                  CITY OF VACAVILLE, CHIEF RICHARD
                                                  WORD, OFFICER KINGI, OFFICER VALK,
                                                  SERGEANT WILLIAMS, OFFICER LOPEZ and
                                                  OFFICER TORRES

Dated: June 11, 2015                                 HADDAD & SHERWIN

                                           By:   s/ *Michael Haddad (as authorized on 6/11/15)*
                                                  Michael Haddad
                                                  Attorneys for Plaintiffs
                                                  LESLIE MOLERA, D.W., a minor,
                                                  through his Mother and Next Friend, LUANA
                                                  SILVA, and WILLIAM WALKER

### ORDER

Having reviewed the Stipulation of the parties and good cause appearing, it is hereby ordered that plaintiffs' second amended complaint and action herein is dismissed in full and with prejudice in its entirety as to all defendants, each party to bear their own costs and fees.

IT IS SO ORDERED.

Dated: June 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION OF DISMISSAL WITH PREJUDICE